1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    EDWARD T. FURNACE,                          )        No. C 12-0873 LHK (PR)
                                                  )
12                  Plaintiff,                    )        ORDER DIRECTING
                                                  )        PLAINTIFF TO FILE SECOND
13       v.                                       )        AMENDED COMPLAINT
                                                  )
14    G. GIURBINO, et al.,                        )
                                                  )
15                  Defendants.                   )
                                                  )
16

17         Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint against prison

18    officials at Salinas Valley State Prison ("SVSP") and Corcoran State Prison ("CSP"), pursuant to

19    42 U.S.C. § 1983.  On June 1, 2012, the Court found that Plaintiff stated two cognizable claims

20    for relief, and ordered service upon five Defendants.  On June 19, 2012, Plaintiff filed a First

21    Amended Complaint.  On July 15, 2012, Plaintiff filed a letter, requesting that the Court strike

22    Plaintiff's First Amended Complaint.  That request is GRANTED.  The Clerk of the Court shall

23    strike Plaintiff's First Amended Complaint.  (Docket No. 16.)

24         Plaintiff further states that the operative complaint upon which he wishes to proceed is

25    the one sent to the Court on June 20, 2012, naming only Defendants G. Giurbino, K. Berkler,

26    R.S. Marquez, E.W. Fischer, R.L. Martinez, and M. Valdez.  However, the Court has no such

27    complaint on file.  To the extent Plaintiff wishes to file an amended complaint, he must file an

28    amended complaint which will act as the operative complaint within thirty days from the filing

Order of Service; Directing Defendants to File Dispositive Motion or Notice Regarding Such Motion
G:\PRO-SE\SJ.LHK\CR.12\Furnace873misc.wpd

1   date of this order.

2       **Failure to file a second amended complaint within thirty days and in accordance**

3   **with this order will result in the Court proceeding with the original complaint, and the**

4   **cognizable claims as stated in the Court's June 1, 2012, Order of Service.**  The second

5   amended complaint must include the caption and civil case number used in this order (C 12-0873

6   LHK (PR)) and the words SECOND AMENDED COMPLAINT on the first page.  Plaintiff may

7   not incorporate material from the prior complaint by reference.

8       Plaintiff is advised that an amended complaint supersedes the original complaint.  "[A]

9   plaintiff waives all causes of action alleged in the original complaint which are not alleged in the

10  amended complaint."  *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981).

11  Defendants not named in an amended complaint are no longer defendants.  *See Ferdik v.*

12  *Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

13      It is the Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court

14  informed of any change of address by filing a separate paper with the clerk headed "Notice of

15  Change of Address," and must comply with the Court's orders in a timely fashion.  Failure to do

16  so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of

17  Civil Procedure 41(b).

18      IT IS SO ORDERED.

19  DATED:   10/9/12

    LUCY H. KOH
20  United States District Judge

21

22

23

24

25

26

27

28

Order of Service; Directing Defendant to File Dispositive Motion or Notice Regarding Such Motion
G:\PRO-SE\SJ.LHK\CR.12\Furnace873misc.wpd       2