IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD T. FURNACE, | ) | No. C 12-0873 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | ) ) | TO FILE OPPOSITION |
| G. GIURBINO, et al., | ) ) | |
| Defendants. | ) ) | (Doc. No. 59.) |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint against prison officials at Salinas Valley State Prison pursuant to 42 U.S.C. § 1983. On March 11, 2013, Defendants filed a motion to dismiss.  (Docket No. 53.)  Plaintiff has filed a motion for an extension of time to May 3, 2013, to file an opposition.

Plaintiff's motion is **GRANTED**.  Plaintiff shall file an opposition **no later than May 3, 2013.** Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

This order terminates docket no. 59.

IT IS SO ORDERED.

DATED:  4/3/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to File Opposition
G:\PRO-SE\SJ.LHK\CR.12\Furnace873eot-opp.wpd