IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>    Plaintiff,<br><br>v.<br><br>G. GIURBINO, et al.,<br><br>    Defendants. | No. C 12-0873 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br><br>(Doc. No. 59.) |

    Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint against prison officials at Salinas Valley State Prison pursuant to 42 U.S.C. § 1983. On March 11, 2013, Defendants filed a motion to dismiss. (Docket No. 53.) Plaintiff has filed a motion for an extension of time to May 3, 2013, to file an opposition.

    Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than May 3, 2013.** Defendants shall file a reply **within fourteen (14) days** after Plaintiff's opposition is filed.

    This order terminates docket no. 59.

    IT IS SO ORDERED.

DATED:   4/3/13

                                                LUCY H. KOH<br>
                                                United States District Judge

Order Granting Motion for Ext. of Time to File Opposition<br>
G:\PRO-SE\SJ.LHK\CR.12\Furnace873eot-opp.wpd