IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>  Plaintiff,<br><br> v.<br><br>G. GIURBINO, et al.,<br><br>  Defendants. | No. C 12-0873 LHK (PR)<br><br>ORDER DENYING MOTION FOR ASSIGNMENT OF PRO BONO CO-COUNSEL<br><br>(Docket No. 81) |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint against prison officials at Salinas Valley State Prison pursuant to 42 U.S.C. § 1983. On March 22, 2013, defendants filed a motion to dismiss. (Docket No. 53.) Plaintiff filed an opposition and defendants filed a reply. (Docket Nos. 72, 77.) On March 10, 2013, plaintiff filed a motion for leave to file a third amended complaint. (Docket No. 64.) Defendants filed an opposition and plaintiff filed a reply. (Docket Nos. 69, 76.) The motions are now under submission with the court.

Plaintiff now files a motion for assignment of pro-bono co-counsel. (Docket No. 81.) Plaintiff's motion for assignment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and plaintiff has thus far been able to adequately

present his claims.  This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket no. 81.

IT IS SO ORDERED.

DATED: 9/24/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge