IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>    Plaintiff,<br><br> v.<br><br>G. GIURBINO, et al.,<br><br>    Defendants. | No. C 12-0873 LHK (PR)<br><br>ORDER DENYING MOTION FOR ASSIGNMENT OF PRO BONO CO-COUNSEL<br><br><br>(Docket No. 81) |

Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint against prison officials at Salinas Valley State Prison pursuant to 42 U.S.C. § 1983. On March 22, 2013, defendants filed a motion to dismiss. (Docket No. 53.) Plaintiff filed an opposition and defendants filed a reply. (Docket Nos. 72, 77.) On March 10, 2013, plaintiff filed a motion for leave to file a third amended complaint. (Docket No. 64.) Defendants filed an opposition and plaintiff filed a reply. (Docket Nos. 69, 76.) The motions are now under submission with the court.

Plaintiff now files a motion for assignment of pro-bono co-counsel. (Docket No. 81.) Plaintiff's motion for assignment of counsel is **DENIED** for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case). The issues in this case are not particularly complex, and plaintiff has thus far been able to adequately

Order Denying Motion for Assignment of Pro Bono Co-Counsel
G:\PRO-SE\LHK\CR.12\Furnace873deny-atty.wpd

1  present his claims.  This denial is without prejudice to the court's *sua sponte* appointment of
2  counsel at a future date should the circumstances of this case warrant such appointment.
3       This order terminates docket no. 81.
4       IT IS SO ORDERED.
5  DATED: 9/24/13

                                            LUCY H. KOH
                                            United States District Judge