IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD T. FURNACE, | ) | No. C 12-0873 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| G. GIURBINO, et al., | ) | |
| Defendants. | ) | |

The court has granted defendants' motion to dismiss.  Judgment is entered in favor of defendants and against plaintiff.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:     11/21/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.12\Furnace873jud.wpd